DAVID PRESENT, *ET AL.*, PLAINTIFFS-APPELLANTS, v. THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, DEFENDANT-RESPONDENT.

Argued March 18, 1968—Decided April 4, 1968.

*Mr. Samuel H. Nelson* argued the cause for appellant (*Mr. Robert Scherling,* attorney).

*Mr. Bertram M. Light, Jr.,* argued the cause for respondent (*Messrs. Toner, Vanderbilt, Michels and Light,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Allcorn in the Law Division.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN—7.

*For reversal* — None.